Cheryl C. Bradford, Esq.
Nevada State Bar No. 9765
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
ccbradford@wolfewyman.com

Attorneys for Defendant
**HOLBROOK ASPHALT, LLC**
and **JOSEPH McDONALD**



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MAITA and ROBERT MAITA, individually and as husband and wife,<br><br>Plaintiff,<br>v.<br><br>JOSEPH MCDONALD, individually; HOLBROOK ASPHALT, LLC, a foreign limited company; DOES 1 through XX, inclusive; and ROE CORPORATIONS 1 through XX, inclusive,<br><br>Defendants. | CASE NO.:<br><br>(Removed from 8th Judicial District Court, State of Nevada Case No.:  A-19-788692-C)<br><br>**PETITION FOR REMOVAL** |

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Defendants, JOSEPH MCDONALD and HOLBROOK ASPHALT, LLC, by and through their attorneys of record, Wolfe & Wyman LLP, hereby remove this action to the United States District Court, District of Nevada, and in support thereof, state the following:

1. Upon information and belief, this matter was commenced on February 1, 2019, when Plaintiffs, Michelle Maita and Robert Maita, by and through their attorneys of record, Mainor Wirth LLP, filed a Complaint in the Eighth Judicial District Court of Nevada in and for the County of Clark.  A true and correct copy of this Complaint is attached hereto as **Exhibit A.**

2. Joseph McDonald ("McDonald") and Holbrook Asphalt LLC ("Holbrook") (collectively, "Defendants") are Defendants in the above-entitled action.

3341679.1

3. Upon information and belief, Defendant Holbrook was served with the Summons and Complaint on or about March 4, 2019. A copy of the Summons is attached hereto as **Exhibit B.**

4. Upon information and belief, Defendant McDonald has not been served with the Summons and Complaint.

5. Defendants filed their Answer on April 29, 2019. A copy of the Answer is attached hereto as **Exhibit C**.

6. Defendants also filed a Demand for Jury Trial on April 29, 2019. A copy of the Demand is attached hereto as **Exhibit D**.

7. This Petition is timely filed pursuant to 28 U.S.C. § 1446(b). This Petition is filed with the Court within thirty (30) days after determining that Defendant McDonald was living in Arizona.

8. Defendants remove this case on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. Defendant is informed and believes that diversity is satisfied as follows:

   a. Defendants are informed, believe, and thereon allege Plaintiffs are residents of the state of Nevada. (Compl. at ¶¶ 1-2.)

   b. Defendant McDonald is a resident of the state of Arizona.

   c. Defendant Holbrook is a limited liability corporation with its principal place of business in Utah. All members of Holbrook are residents of Utah.

   d. Pursuant to 28 U.S.C. § 1332(a), there is a sufficient amount in controversy which exceeds the jurisdictional threshold of $75,000.00. Such information was contained in Plaintiffs' pre-litigation demand letter to Defendant Holbrook's insurance carrier, United Fire & Casualty ("UFG"). The letter confirmed that Plaintiffs' alleged damages are in excess of $500,000.00, not including future medical expenses, past and future lost wages, past and future pain and suffering, and other related damages. See Plaintiffs' Policy Limit Demand Letter attached hereto as **Exhibit E.**

9. Based on the above-referenced allegations pursuant to 28 U.S.C. § 1441, *et seq.*, Defendants are entitled to remove this entire action from the Eighth Judicial District Court of Nevada, to the United States District Court, District of Nevada, and Defendants so wish to exercise

3341679.1

that right.

10. Pursuant to 28 U.S.C. § 1446(a), Defendants have annexed all process, pleadings, and orders served upon it as follows:

    a. Complaint – Exhibit A

    b. Summons – Exhibit B

    c. Answer – Exhibit C

    d. Defendants' Demand for Jury Trial – Exhibit D

    e. Plaintiffs' Policy Limit Demand Letter - Exhibit E

11. Pursuant to 28 U.S.C. § 1441(c), a true copy of this removal has been filed concurrently with the Eighth Judicial District Court of Nevada and served upon the Plaintiff.

Defendants reserve the right to supplement this Petition for Removal when additional information becomes available. Defendants further reserve all rights including, but not limited to, defenses and objections as to venue, personal jurisdiction, and service. The filing of this Petition for Removal is subject to, and without waiver of any such defense or objection.

DATED: May 13, 2019

WOLFE & WYMAN LLP

By: /s/ Cheryl C. Bradford
CHERYL C. BRADFORD, ESQ.
Nevada State Bar No. 9765
6757 Spencer St.
Las Vegas, NV 89119
Attorneys for Defendants
**HOLBROOK ASPHALT, LLC
and JOSEPH McDONALD**

3

3341679.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, the foregoing **PETITION FOR REMOVAL** was served by the following means to the person listed below:

_____   a.   EFC System (you must attach the "Notice of Electronic Filing", or list all person persons and addresses and attach additional paper if necessary):

___X___   b.   United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Bradley S. Mainor, Esq.
MAINOR WIRTH
6018 S. Ft. Apache Rd.
Suite 150
Las Vegas, NV 89148

*Attorneys for Plaintiff*

/s/ *Evelyn M. Pastor*
Evelyn M. Pastor
An employee of WOLFE & WYMAN LLP

4

3341679.1