UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHELLE MAITA, et al., | Case No. 2:19-cv-00823-RFB-BNW |
| Plaintiffs, | ORDER |
| v. | |
| JOSEPH McDONALD, et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1-1) in this matter was filed February 1, 2019 in state court. Defendants filed an Answer (ECF No. 1-3) in state court on April 29, 2019, and then defendants Removed (ECF No. 1) this case to federal district court May 13, 2019. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply.

Accordingly,

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that the parties shall file her certificate of interested parties, which fully complies with LR 7.1-1 **no later than June 12, 2019.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 29th day of May, 2019.

                                                      BRENDA WEKSLER
                                                      UNITED STATES MAGISTRATE JUDGE