UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHELLE MAITA et al.,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>JOSEPH McDONALD, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-0823-RFB-BNW<br><br>ORDER |

This matter is before the court on the parties' Joint Status Report (ECF No. 11). Within the parties' report, it states that "[t]he Parties request that this Court issue an Order regarding Defendants' Petition for Removal as soon as possible so that matter proceeds in only one court."

A review of the docket shows that plaintiffs' Complaint (ECF No. 1-1) was filed in state court on February 1, 2019. Defendants filed their answer in state court on April 29, 2019, and then removed (ECF No. 1) the action to federal district court on May 13, 2019. There are no pending motions before this court. To the extent that the parties are seeking relief from this court, they may file the appropriate motion requesting that relief. Accordingly,

**IT IS ORDERED** that, if needed, the parties shall file an appropriate motion requesting relief from this court.

DATED this 18th day of June, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE